**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6798**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STACY LYNN ARENA,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Henry C. Morgan, Jr., District Judge.  (CR-95-26)

———————

Submitted:  October 18, 2001          Decided:  October 25, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Stacy Lynn Arena, Appellant Pro Se.  Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stacy Lynn Arena appeals from the district court's order deny-ing her motion for modification of sentence, 18 U.S.C. § 3582(c)(2) (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Arena</u>, No. CR-95-26 (E.D. Va. Apr. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>